IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED 05 APR 18 PM 4:0

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                         No.    2:03CR20083

MARLO PRIDE,

    Defendant.

## ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE SENTENCING

This cause came on upon the motion of the Defendant to continue the sentencing hearing set on April 21, 2005 at 1:30 p.m. For good cause shown, the Court hereby grants the Defendant's motion. The sentencing is hereby reset for the 23rd day of May, 2005 at 1:30 a.m./p.m.

IT IS SO ORDERED this 18th day of April, 2005.

_____
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-19-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 108 in case 2:03-CR-20083 was distributed by fax, mail, or direct printing on April 19, 2005 to the parties listed.

---

John Thomas Tibbetts
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Honorable J. Breen
US DISTRICT COURT