IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

v.  Cr. No. 03-20083-B

MARLO PRIDE

### ORDER FINDING MOTION TO BE DECLARED INDIGENT
### FOR PURPOSES OF APPEAL MOOT

On August 4, 2005, the defendant filed a motion to be declared indigent for appeal purposes. It appearing to the court that the Court of Appeals for the Sixth Circuit subsequently dismissed the defendant's appeal for want of prosecution, it is ORDERED that the defendant's motion to be declared indigent for appeal purposes is DENIED AS MOOT.

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

DATE: August 23, 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-25-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 119 in case 2:03-CR-20083 was distributed by fax, mail, or direct printing on August 25, 2005 to the parties listed.

---

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

John Thomas Tibbetts
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT